Filed 06/28/07     Case 07-11278     Doc 16

FILED
June 28, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000814071

WALTER LAW GROUP
a Professional Corporation
Riley C. Walter #91839
7110 North Fresno Street, Ste. 400
Fresno, California 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rwalter@walterlawgroup.com

Attorneys for Silver Legacy Resort Casino

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

PHILIP R. CASTIGLIONE,

    Debtor.

Address: 3706 R Street #2
           Merced, CA 95348

CASE NO. 07-11278-B-7

Chapter 7

**REQUEST FOR SPECIAL NOTICE**

TO DEBTOR, HIS ATTORNEY OF RECORD, AND ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that creditor, Silver Legacy Resort Casino requests that separate and special notice be provided to its counsel of all matters filed in the within proceeding, as required by the Federal Rules of Bankruptcy Proceedings and applicable local bankruptcy rules. Notice should be sent to:

Walter Law Group
Riley C. Walter
7110 N. Fresno Street, Suite 400
Fresno, CA 93720

Date: June 26, 2007

**WALTER LAW GROUP,**
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter, Attorneys for
Silver Legacy Resort Casino

---

REQUEST FOR SPECIAL NOTICE      -1-      M:\S-U\Silver Legacy\Request for Special Notice\request.062707.mrd.wpd