Filed 10/05/07     Case 07-11278     Doc 37

FILED
October 05, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0000922666

Law Offices of
ADRIAN S. WILLIAMS, #52065
2440 W. Shaw, Suite 114
Fresno, CA 93711
Telephone (559) 226-7767
Facsimile (559) 224-4960

Attorney for Debtor: PHILIP R. CASTIGLIONE

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| In re: | Case No.: 2007-11278-B-7 |
|---|---|
| **PHILIP R. CASTIGLIONE** | Chapter 7 |
| Debtor, | |
| CHARLOTTE MODHAL, | **No Docket Control Number Stated** |
| Movant, | **DECLARATION OF PHILIP CASTIGLIONE IN RESPONSE TO MOTION FOR RELIEF FROM STAY** |
| vs. | |
| **PHILIP R. CASTIGLIONE** | DATE: November 21, 2007<br>TIME: 10:00 am<br>PLACE: U.S. Bankruptcy Court<br>2500 Tulare Street<br>Fresno, CA<br>Dept. B, Courtroom 12 |
| Respondent, | |

I, PHILIP R. CASTOGLIONE, declare as follows:

1. I deny each and every allegation of Movant's motion . Including but not limited to the Introduction Part 2 starting on page 7, Part 3, Part 4 on page 9 and Part 5 on page 10.

4. The Movant requested that the trustee get extra time to file an adversary proceeding. Then the Movant failed to file an adversary proceeding, which would be the proper forum to litigate Movants spurious allegations.

5. If the court believes that relief should be granted, then I request an evidentiary hearing.

6. Wherefore I request that this Motion for Relief from Stay be dismissed, that I the debtor receive damages, costs and attorney fees and such other relief as the Court deems fit.

3

1  I declare that the matter stated in this Declaration are true and correct and if sworn as a witness,
2  I would and could competently testify to the above facts.
3  I declare under penalty of perjury that the foregoing is true and correct. Executed on October
4  _5_, 2007, at Fresno, California.
5
6  /s/ _____
   PHILIP R. CASTIGLIONE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28